AMERICAN DEFENCE SOCIETY, INC., Appellant, *v.* SHERMAN NATIONAL BANK OF NEW YORK, Respondent.

Motion for a reargument of an appeal from a judgment entered on a verdict and from an order denying a motion for a new trial.

PER CURIAM: The question whether or not the stop-payment order was signed by two or by one of plaintiff's officers had no bearing upon the determination of the appeal. However it was signed, the defendant accepted it and acted upon it. The important question was as to the attempted revocation of the stop-payment order. This defendant refused to accept unless it bore two signatures. We hold that plaintiff was entitled to rely upon this refusal, and to believe that until and unless the revocation was so signed, the defendant would continue to respect the stop-payment order. The motion for a reargument is denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ. Motion denied, with ten dollars costs.

---

INTERNATIONAL STEAM LAUNDRY COMPANY, Appellant, *v.* HARRIS KAWALICK, Respondent.

Appeal from part of an order, as resettled, continuing an injunction during the pendency of the action.

PER CURIAM: Inasmuch as the issues are set for trial for March 19, 1917, we are of opinion that the question of injunctive relief to which plaintiff may be entitled should be left to be determined on the trial, and, therefore, the order appealed from is affirmed, with ten dollars costs and disbursements. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ. Order affirmed, with ten dollars costs and disbursements.